

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2015

No. 04-15-00160-CV

Genesis Tamara **ULLOA,**
Appellant

v.

Juan Pablo **RODRIGUEZ,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10118
Honorable Renee Yanta, Judge Presiding

# O R D E R

Appellant's brief was originally due June 7, 2015; however, the court granted an extension of time to file the brief until July 7. Appellant, Genesis T. Ulloa, proceeding pro se, has filed a motion requesting an additional sixty days to obtain legal counsel and properly brief the appeal.

Ulloa's motion provides a reasonable explanation for the requested extension. We therefore **grant** the motion and order Ulloa's brief due **September 7, 2015**.

Ulloa is advised that **no further extensions of time will be granted.** If her brief is not filed by the date ordered, the appeal will be dismissed. *See* TEX. R. APP. P. 38.8(a); 42.3(c). If Ulloa intends to hire legal counsel, she is advised to do so immediately. The court will not grant any additional extension of time to enable new counsel to become familiar with the case.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2015.

Keith E. Hottle

Clerk of